## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

LuAnne Janssen, as Personal Representative of          Case No. 3:19-cv-00079
the Estate of Warren S. Lindvold,

                Plaintiff,

    v.

City of Valley City,
Christopher Olson,                                     **NOTICE OF APPEARANCE**
Wade Hannig,
Barnes County,
Barnes County Sheriff Randy McClaflin,
Jenna Jochim,
Richard Chase,
Bruce Potts,
Jesse Burchill,
Barnes County Ambulance, Inc.,
National Medical Resources, Inc.,
Mercy Hospital of Valley City d/b/a
CHI Mercy Health,

                Defendants.

TO:   THE PLAINTIFF AND HER ATTORNEYS

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear in the above-entitled action for Defendant Mercy Hospital of Valley City d/b/a CHI Mercy Health.

An appropriate motion, answer, or other response will be served by the defendant, and the defendant reserves all defenses available, including those which may be asserted pursuant to Rule 12 of the Federal Rules of Civil Procedure, if such defenses are applicable.

The undersigned attorneys request that copies of all papers subsequent to the summons and complaint be served upon us at the undersigned address.

Dated this 28th day of May, 2019.

MEAGHER & GEER, P.L.L.P.
Attorneys for Defendant, Mercy Hospital d/b/a
CHI Mercy Health
1900 Burnt Boat Drive, Suite 101
Bismarck, ND  58503
Ph:  701.222.1315

BY:   _/s/ Tracy Vigness Kolb_____
Tracy Vigness Kolb, ND ID# 05338
Direct Ph:  701.333.0638
tkolb@meagher.com

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of Court through ECF and that

ECF will send a Notice of Electronic Filing (NEF) to the following:

Alan Baker – al@elawpros.com
Cash H. Aaland – officemanager@aalandlaw.com
Rachel Marie Gehring – rachel@aalandlaw.com
   *Attorneys for Plaintiff*

Daniel L. Gaustad – dan@grandforkslaw.com
Cody C. Cummings – cody@grandforkslaw.com
Joseph E. Quinn – jquinn@grandforkslaw.com
Ronald F. Fischer – rfischer@grandforkslaw.com
   *Attorneys for City of Valley City, Christopher Olson,*
   *and Wade Hannig*

Brian D. Schmidt – bschmidt@smithporsborg.com
Scott K. Porsborg – sporsborg@smithporsborg.com
   *Attorneys for Barnes County, Barnes Co. Sheriff Randy McClaflin,*
   *Jenna Jochim, Richard Chase, Bruce Potts, Jesse Burchill,*
   *and Barnes County Ambulance, Inc.*

Briana L. Rummel – bhildebrand@vogellaw.com
Brenda Lynn Blazer – bblazer@vogellaw.com
   *Attorneys for National Medical Resources, Inc.*

Dated this 28th day of May, 2019.

/s/ Tracy Vigness Kolb
Tracy Vigness Kolb, ND ID# 05338