UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| LuAnne Janssen, as Personal Representative of the Estate of Warren S. Lindvold,<br><br>   Plaintiff,<br><br>v.<br><br>City of Valley City,<br>Christopher Olson,<br>Wade Hannig,<br>Barnes County,<br>Barnes County Sheriff Randy McClaflin,<br>Jenna Jochim,<br>Richard Chase,<br>Bruce Potts,<br>Jesse Burchill,<br>Barnes County Ambulance, Inc.,<br>National Medical Resources, Inc.<br>Mercy Hospital of Valley City d/b/a CHI Mercy Health,<br><br>   Defendants. | Case No. 3:19-cv-79<br><br>**STIPULATION FOR EXTENSION OF TIME TO SERVE AND FILE ANSWER ON BEHALF OF NATIONAL MEDICAL RESOURCES, INC.** |

  The defendant, National Medical Resources, Inc., and the plaintiff, LuAnne Janssen, as Personal Representative of the Estate of Warren S. Lindvold, by and through counsel, stipulate and agree that National Medical Resources, Inc. shall have until July 19, 2019 to serve and file their answer and accompanying defenses to the plaintiff's complaint in the above captioned case.

Dated this 8 day of July, 2019.

**VOGEL LAW FIRM**

BY: */s/ Brenda L. Blazer*
Brenda L. Blazer (#04155)
Briana L. Rummel (#08399)
US Bank Building
200 North 3rd Street, Suite 201
PO Box 2097
Bismarck, ND  58502-2097
701.258.7899
Email: bblazer@vogellaw.com
brummel@vogellaw.com
ATTORNEYS FOR DEFENDANT NATIONAL MEIDCAL RESOURCES, INC.

Dated this 8 day of July, 2019.

**AALAND LAW OFFICE**

BY: */s/ Rachel M. Gehrig*
Rachel M. Gehrig (#06869)
Cash Aaland (#04686)
415 11th Street South
PO Box 1817
Fargo, ND  58103
Email: officemanager@aalandlaw.com
ATTORNEYS FOR PLAINTIFF