IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| LuAnne Janssen, as Personal Representative of the Estate of Warren S. Lindvold,<br><br>  Plaintiff,<br><br>vs.<br><br>City of Valley City,<br>Christopher Olson,<br>Wade Hannig,<br>Barnes County,<br>Barnes County Sheriff Randy McClaflin,<br>Julie Forsman,<br>Jenna Jochim,<br>Richard Chase,<br>Bruce Potts,<br>Jesse Burchill,<br>Barnes County Ambulance, Inc.,<br>National Medical Resources, Inc.,<br>Mercy Hospital of Valley City d/b/a CHI Mercy Health,<br><br>  Defendants. | Case No. 3:19-cv-79<br><br>**PLAINTIFF'S MOTION FOR A COURT ORDER DIRECTING THE UNIVERSITY OF NORTH DAKOTA'S SCHOOL OF MEDICINE AND HEALTH SCIENCES: DEPARTMENT OF PATHOLOGY TO RELEASE CONFIDENTIAL RECORDS RELATED TO WARREN LINDVOLD'S AUTOPSY** |

1. Plaintiff, LuAnne Janssen as the Personal Representative of the Estate of Warren S. Lindvold moves the Court for a Court Order directing to the University of North Dakota's School of Medicine and Health Sciences: Department of Pathology to release confidential records, including any and all audio or visual materials, including but not limited to photographs and other visual images, video recordings, and audio recordings created or taken during the autopsy of Warren S. Lindvold on July 21, 2018 and the results of any and all toxicological testing or other testing completed with specimens / samples obtained from Warren S. Lindvold during or following his autopsy.

1

2. Further Plaintiff requests that its Order allow Plaintiff to disclose any confidential information obtained from the University of North Dakota's School of Medicine and Health Sciences: Department of Pathology related to the autopsy of Warren S. Lindvold on July 21, 2018 to the Defendants in this case pursuant to Rule 26 of the Federal Rules of Civil Procedure.

3. Dated this 15th day of July, 2020.

| | |
|---|---|
| */s/ Alan Baker* | */s/ Rachel M. Gehrig* |
| Alan Baker (ND ID #04122) | Rachel M. Gehrig (ND ID 06869) |
| Southwood Plaza, Ste., 202 | Cash H. Aaland (ND ID 04686) |
| 1336 25th Ave. S. | Aaland Law Office, Ltd |
| Fargo, ND 58103 | 415 11th St. S.; P.O. Box 1817 |
| Telephone: 701-630-1846 | Fargo, ND 58107-1817 |
| al@elawpros.com | Telephone: 701-232-7944 |
| *Attorney for Plaintiff* | officemanager@aalandlaw.com |
| | *Attorneys for Plaintiff* |