IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| LuAnne Janssen, as Personal Representative of the Estate of Warren S. Lindvold,<br><br>     Plaintiff,<br><br>vs.<br><br>City of Valley City,<br>Christopher Olson,<br>Wade Hannig,<br>Barnes County,<br>Barnes County Sheriff Randy McClaflin,<br>Julie Forsman,<br>Jenna Jochim,<br>Richard Chase,<br>Bruce Potts,<br>Jesse Burchill,<br>Barnes County Ambulance, Inc.,<br>National Medical Resources, Inc.,<br>Mercy Hospital of Valley City d/b/a CHI Mercy Health,<br><br>     Defendants. | Case No. 3:19-cv-79<br><br><br>SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS TO UNIVERSITY OF NORTH DAKOTA SCHOOL OF MEDICINE & HEALTH SCIENCES – FORENSIC PATHOLOGY |

**TO:** **Jason R. Jenkins**
   **UND Office of General Counsel**
   **264 Centennial Dr., Stop 8196**
   **Grand Forks, ND 58202-8196**

  **YOU ARE HEREBY COMMANDED,** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

  1. Any and all audio or visual materials, including but not limited to photographs and other visual images, video recordings, and audio recordings created or taken during the autopsy of Warren S. Lindvold on July 21, 2018.

**EXHIBIT 2**

1

    2.    The results of any and all toxicological testing or other testing completed with specimens / samples obtained from Warren S. Lindvold during or following his autopsy.

You must mail your response to Rachel Gehrig, Aaland Law Office, Ltd., 415 11th Street South, P.O. Box 1817, Fargo, North Dakota, 58107. The response must be mailed or otherwise provided on or before July 1, 2020. Aaland Law Office, Ltd. will reimburse for reasonable expenses incurred in providing the required information based on a statement documenting the reasonable expenses incurred submitted along with the required documents.

The following provisions of Fed R. Civ. P. 45 are attached – Fed R. Civ. P. 45(c), relating to the place of compliance; Fed R. Civ. P. 45(d), relating to your protection as a person subject to a subpoena; and Fed R. Civ. P. 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Dated this 3rd day of June, 2020.

| | |
|---|---|
| /s/ Alan Baker | /s/ Rachel M. Gehrig |
| Alan Baker (ND ID #04122) | Rachel M. Gehrig (ND ID 06869) |
| Southwood Plaza, Ste., 202 | Cash H. Aaland (ND ID 04686) |
| 1336 25th Ave. S. | Aaland Law Office, Ltd |
| Fargo, ND 58103 | 415 11th St. S.; P.O. Box 1817 |
| Telephone: 701-630-1846 | Fargo, ND 58107-1817 |
| al@elawpros.com | Telephone: 701-232-7944 |
| *Attorney for Plaintiff* | officemanager@aalandlaw.com |
| | *Attorneys for Plaintiff* |