

SCHOOL OF MEDICINE AND HEALTH SCIENCES

UND.edu

**Department of Pathology**
1301 N Columbia Road, Stop 9037
Grand Forks, ND 58202-9037
Phone: 701.777.2561
Fax: 701.777.3108

Alan Baker
Southwood Plaza Ste 202
1336 25th Ave S
Fargo, ND 58103
al@elawpros.com

Rachel M Gehrig
Cash H Aaland
Aaland Law Office Ltd
415 11th St S
PO Box 1817
Fargo, ND 58107 – 1817
officemanager@aalandlaw.com

June 11, 2020

RE: LuAnne Janssen, personal representative for estate of Warren S. Lindvold; Case no. 3:19-cv-79


We are in receipt of the Subpoena sent to Jason Jenkins, UND Office of General Counsel. We do have digital images from the autopsy and we are happy to provide these, however, it is our understanding that NDCC prohibits release of Confidential records without a Court Order (NDCC  44-04-18.18.; 44-04-18.11(1), (2)). We deem autopsy images as Confidential, in accordance with NDCC 44-04-18.18.

We do NOT have any audio or video recordings from the autopsy.

If you believe that a court order is not required, please address legal concerns to Mr. Jenkins. Otherwise, we will provide electronic copies of the digital images at autopsy with a suitable court order.


Respectfully,

*[signature]*

Mary Ann Sens, MD, PhD
Professor and Chair of Pathology


By email; cc Jason Jenkins, JD
Mark Koponen, MD
File  UND A18-208  Lindvold, Warren S

EXHIBIT 3

*The University of North Dakota is an equal opportunity / affirmative action institution.*