IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| LuAnne Janssen, as Personal Representative of the Estate of Warren S. Lindvold,<br><br>Plaintiff,<br><br>vs.<br><br>City of Valley City,<br>Christopher Olson,<br>Wade Hannig,<br>Barnes County,<br>Barnes County Sheriff Randy McClaflin,<br>Julie Forsman,<br>Jenna Jochim,<br>Richard Chase,<br>Bruce Potts,<br>Jesse Burchill,<br>Barnes County Ambulance, Inc.,<br>National Medical Resources, Inc.,<br>Mercy Hospital of Valley City d/b/a CHI Mercy Health,<br><br>Defendants. | Case No. 3:19-cv-79<br><br>**COURT ORDER DIRECTING THE UNIVERSITY OF NORTH DAKOTA SCHOOL OF MEDICINE AND HEALTH SCIENCES: DEPARTMENT OF PATHOLOGY TO RELEASE CONFIDENTIAL RECORDS RELATED TO WARREN LINDVOLD'S AUTOPSY** |

1.   This matter came before the Court on motion of the Plaintiff, LuAnne Janssen as the Personal Representative of the Estate of Warren S. Lindvold's, seeking an Order directing the University of North Dakota School of Medicine and Health Sciences: Department of Pathology to release confidential records. The Defendants have no objections to Plaintiff's Motion;

2.   Therefore it is ORDERED that the University of North Dakota School of Medicine and Health Sciences: Department of Pathology shall release confidential records including any and all audio or visual materials, including but not limited to photographs

1

and other visual images, video recordings, and audio recordings created or taken during the autopsy of Warren S. Lindvold on July 21, 2018 and the results of any and all toxicological testing or other testing completed with specimens/samples obtained during or following the autopsy of Warren S. Lindvold.

3. Further it is ORDERED that Plaintiff disclose unredacted copies of any confidential information obtained from the University of North Dakota School of Medicine and Health Sciences: Department of Pathology related to the autopsy of Warren S. Lindvold on July 21, 2018 to the Defendants in this case pursuant to Rule 26 of the Federal Rules of Civil Procedure within 14 days of Plaintiff receiving the information.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2020.

_____
Alice R. Senechal
United States Magistrate Judge