BIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| LuAnne Janssen, as Personal Representative of the Estate of Warren S. Lindvold,<br><br>               Plaintiff,<br><br>vs.<br><br>City of Valley City,<br>Christopher Olson,<br>Wade Hannig,<br>Barnes County,<br>Barnes County Sheriff Randy McClaflin,<br>Jenna Jochim,<br>Richard Chase,<br>Bruce Potts,<br>Jesse Burchill,<br>Barnes County Ambulance, Inc.,<br>National Medical Resources, Inc,<br>Mercy Hospital of Valley City d/b/a<br>CHI Mercy Health Hospital,<br><br>               Defendants. | Case No. 3:19-cv-79<br><br>**PLAINTIFF'S<br>RULE 26 DISCLOSURES** |

      Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures, Plaintiff submits the following disclosures, currently known and subject to and without waiving any objection they may have to the subsequent production of, use of, or further inquiry into the disclosed information or the subject matter therof.  Further, by making these disclosures, Plaintiff does not represent that it is identifying every document, tangible thing, or witness possible relevant to this lawsuit.  Rather, these disclosures represent a good faith effort to identify information they reasonably believe is relevant to its defense of the factual disputes alleged with particularity in the pleadings, as required by Rule 26(a)(1).

1

# DISCLOSURES

26(a)(1)(A)(i): Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

| No. | Name | Address | Telephone | Subjects of Information |
|---|---|---|---|---|
| 1 | Kaitlyn Anderson | Barnes County Ambulance, Inc. | | Barnes County Ambulance EMT |
| 2 | Chuck Anderson | 458 Tessa Drive Moorhead, MN | 218-233-7004 | Plaintiff's Private Investigator |
| 3 | Julia Anderson | BCCF Valley City, ND | | BCCF Nurse |
| 4 | Lance Anderson | NDDOCR Bismarck, ND | | NDDOCR Correctional Director of Facility Inspections; conducted 11-6-18 inspection |
| 5 | Kari Anderson | | 701-840-1101 | Fact witness |
| 6 | Nicole Anderson | | | BCCF Chief Correctional Officer; Assisted with inspections on 12-16-07; 12-7-10; and 10-26-11 |
| 7 | Maren Arbach | NDDOCR Bismarck, ND | 701-328-6653 701-214-8660 | NDDOCR Director of Training; conducted inspection on 12-21-14 |
| 8 | Jodi Archer | CHI Mercy Health, Valley City, ND | | CHI Mercy Health Medical Provider |
| 9 | Shawn Banet | ND BCI Jamestown, ND | | BCI Special Agent |
| 10 | Jerry Bennefield | | 701-840-3066 | Fact witness |
| 11 | Judith Bennefield | | | Fact witness |
| 12 | Leann Bertsch | | | NDDOCR Director |
| 13 | Drew Bix | | | BCCF Correctional Officer |
| 14 | Amanda Bledsoe | | | Fact witness |
| 15 | Reid Brady | Fargo, ND | | Cass County State's Attorney |
| 16 | Timothy Brehm | NDDOCR Bismarck, ND | | Director of Professional Standards - NDDOCR Inspector; conducted 12-6-17 inspection |

2

| | | | | |
|---|---|---|---|---|
| 17 | Dr. James Buhr | | | Medical Provider |
| 18 | Jesse Burchill | BCCF Valley City, ND | | Defendant |
| 19 | Marie Casper | | 701-478-6310 | Fact witness |
| 20 | Richard Chase | | | Defendant |
| 21 | Kevin Clausen | | | Fact witness |
| 22 | Kayla Coleman | | 701-890-6163 | Fact witness |
| 23 | Harold Dyck | Barnes County Ambulance, Inc. | | Barnes County Ambulance EMT |
| 24 | Victoria Dyck | Barnes County Ambulance, Inc. | | Barnes County Ambulance EMT Paramedic |
| 25 | Sue Dyck | Barnes County Ambulance, Inc. | | Barnes County Ambulance - AEMT |
| 26 | Charles Eder | AG's Office Crime Lab Division 2641 E. Main Ave. Bismarck, ND | 701-328-6159 | State Toxicologist for the State of North Dakota |
| 27 | Steven Engen | | 701-328-6652 701-391-4967 | NDDOCR Facility Inspector; conducted inspections on 6-30-05; 9-27-06; 12-16-07; 11-20-09; 12-7-10; 10-26-11; 12-10-13; and 11-21-14 |
| 28 | Mark Ertelt | | 701-490-2415 | Fact witness |
| 29 | Kayla Fallen | | 701-799-4138 | Fact witness |
| 30 | Julie Forsman | | | Barnes County Correctional Facility - Jail Administrator; BCCF Deputy; assisted with inspections on 11-21-14; 9-14-15; 12-20-16 |
| 31 | Miranda Grafing | | | BCCF Correctional Officer |
| 32 | Alain Green | CHI Mercy Health, Valley City, ND | | CHI Mercy Health Nurse Practitioner |
| 33 | Danielle Green-Jorissen | | | Fact witness |
| 34 | Roberta Grieger-Nimmo | AG's Office Crime Lab Division 2641 E. Main Ave. Bismarck, ND | 701-328-6159 | Forensic Scientist for the State of North Dakota |
| 35 | Jennifer Gronos | NDDOCR Bismarck, ND | | Administrative Medical Officer I - NDDOCR Inspector; conducted 12-6-17 inspection |

| | | | | |
|---|---|---|---|---|
| 36 | Wade Hannig | VCPD<br>Valley City, ND | | Defendant |
| 37 | Phil Hatcher | VCPD<br>Valley City, ND | | Valley City Chief of Police |
| 38 | Amanda Hoaby | | 701-840-4289 | Fact witness |
| 39 | Dr. David Hochhalter | Sanford South University Urgent Care, Fargo ND | 641-420-9331 | Barnes County Medical Examiner |
| 40 | Clint Hovde | | 701-845-1272<br>701-490-1202 | Fact witness |
| 41 | Teagan Hunt | | | Dispatcher |
| 42 | Dr. Adam Jackson | Sanford Brain & Spine Center, Fargo ND | | Sanford Medical Provider |
| 43 | LuAnne Janssen | 4750 Lee Circle<br>Boulder, CO | 303-443-0299 | Plaintiff |
| 44 | Don Janssen | 4750 Lee Circle<br>Boulder, CO | 720-490-2027 | Fact and Damage Witness |
| 45 | Clark Janssen | 1125 1st St.<br>Fargo, ND | 970-213-9713 | Fact Witness |
| 46 | Brian Janssen | 15071 Josephine<br>Thornton, CO | 303-446-7010 | Fact witness |
| 47 | Jenna Jochim | BCCF<br>Valley City, ND | | Defendant |
| 48 | Traci Kachel | | | BCCF Correctional Officer; Assisted with inspection on 12-10-13 |
| 49 | Troy Kelly | | | BCI Special Agent |
| 50 | Leonard Kjelland | | 701-840-0739 | Fact witness |
| 51 | Tom Kjelland | | 701-840-8947 | Fact witness |
| 52 | Tom Kjellman | | | Fact witness |
| 53 | Mark Klabo | CHI Mercy Health<br>Valley City, ND | | CHI Mercy Health Medical Provider |
| 54 | Joshua Knox | 807 North 17th St.<br>Milwaukee, WI | | Expert witness |
| 55 | Carrie Kolpin | | | BCCF Correctional Officer |
| 56 | Dr. Mark Koponen | UND School of Medicine & Health Sciences<br>Grand Forks, ND | | UND Pathologist; Performed Autopsy |
| 57 | Jason Lang | | | BCCF Chief Correctional Officer; Present during inspection on 9-27-06 |

| # | Name | Address | Phone | Role |
|---|------|---------|-------|------|
| 58 | Jeremy Lemaster | 824 E. 19th St. Casper, WY | 307-277-1913 | Expert witness |
| 59 | Sheri Lutgen | CHI Mercy Health Valley City, ND | | CHI Mercy Health Medical Provider |
| 60 | Jordan Magnusson | | | BCCF Correctional Officer |
| 61 | Carl Martineck | | | Former Barnes County State's Attorney |
| 62 | Dr. Thomas Matheson | CHI Mercy Health Valley City, ND | | CHI Mercy Health Medical Provider |
| 63 | Randy McClaflin | Barnes County Sheriff's Office Valley City, ND | | Defendant |
| 64 | Carlen McGregor | 2788 Decatur Dr. Broomfield, CO | 720-240-1438 | Fact witness |
| 65 | Scott Miller | Barnes County Ambulance, Inc. | | Barnes County Ambulance EMT - Paramedic |
| 66 | Matthew Miller | Barnes County Ambulance, Inc. | | Barnes County Ambulance EMT |
| 67 | Casey Miller | ND BCI | | |
| 68 | Josh Nathan | | 701-840-9078 | Fact witness |
| 69 | Jeffrey Nathan | 251 Central Ave. S. Valley City, ND | 701-845-2414 | Funeral Home Director; Damage Witness |
| 70 | Emma Nelson | | | Dispatcher |
| 71 | Sharon Nelson | | | |
| 72 | Christopher Olson | VCPD Valley City, ND | | Defendant |
| 73 | Dr. Gopikrishna Paladugu | Sanford Med Ctr. Fargo, ND | | Sanford Medical Provider |
| 74 | Dr. Stephen Peters | CHI Mercy Health Valley City, ND | | CHI Mercy Health Medical Provider |
| 75 | Bruce Potts | | | Defendant |
| 76 | Don Redmann | NDDOCR Bismarck, ND | | Director of Facility Operations - NDDOCR Inspector; conducted 12-6-17 inspection |
| 77 | Sarah Rippley | Barnes County Ambulance, Inc. | | Barnes County Ambulance EMT - Paramedic |
| 78 | Arnie Rummel | ND BCI | | |
| 79 | Dr. Sheryl Sahr | Sanford Medical Center, Fargo, ND | | Sanford Medical Provider |
| 80 | Scott Sandvick | | 701-490-1879 | Fact witness |
| 81 | James Saylor | Office of Facility Inspectors, DOCR Central Office | 701-328-6789 | Warden of Transitional Facilities |

|    |                          |                                        |              |                                                                          |
|----|--------------------------|----------------------------------------|--------------|--------------------------------------------------------------------------|
|    |                          | 3100 Railroad Ave. Bismarck, ND        |              |                                                                          |
| 82 | Lilie Schoenack          |                                        |              | Former Prosecutor for the City of Valley City                            |
| 83 | Dr. Robert Sherwin       | 6701 W. Outer Dr. L449 Detroit, MI     |              | Expert witness                                                           |
| 84 | John Stevens             | 4310 Cty. Road 21 Valley City, ND      | 701-840-5755 | Fact witness                                                             |
| 85 | Andrea Suhr              |                                        |              | City Employee                                                            |
| 86 | Sean Taylor              |                                        |              | BCCF Correctional Officer                                                |
| 87 | Lindsey Thornton         |                                        |              | Fact witness                                                             |
| 88 | Todd Velure              |                                        | 701-490-0516 | Fact witness                                                             |
| 89 | (Todd's wife FNU) Velure |                                        |              | Fact witness                                                             |
| 90 | Robert Werlinger         | NDDOCR Bismarck, ND                    |              | NDDOCR Correctional Facility Inspector; conducted 11-6-18 inspection     |
| 91 | Desiree Williams         |                                        |              | BCCF Correctional Officer                                                |
| 92 | Patricia Wilson          |                                        |              | Fact witness                                                             |
| 93 | Jeremy Wolff             | BCCF Valley City, ND                   |              | BCCF Jail Administrator                                                  |
| 94 | Casey (LNU)              |                                        |              | Sanford Health Medical Provider                                          |
| 95 | Willard (LNU)            |                                        |              | Fact Witness                                                             |
| 96 | Andrea (LNU)             |                                        |              | City Employee                                                            |

Although not specifically named above, additional information may come from: Medicare representatives – Medicare paid a portion of Warren Lindvold's medical expenses and it is anticipated that Medicare will have a subrogation claim; other potential witnesses identified in Warren Lindvold's medical records; and Barnes County employees, officials, and Barnes County Commissioners that may knowledge of the jail conditions and inspections.

26(a)(1)(A)(ii):  Provide a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support it claims or defenses, unless the use would be solely for impeachment.

Plaintiff's counsel has received documents from secondary sources. Plaintiff's counsel is aware that some of the disclosed documents may be duplicates, however Plaintiff's counsel has not undertaken a page by page comparison and is therefore producing documents obtained from the secondary sources as received without representing that the documents are complete or in the order originally maintained by the primary source of the documents.

| Number | Title / Description of Document |
|---|---|
| 1 | Alco-Sensor FST Operator Manual (11-30-17) |
| 2 | Alco-Sensor FST - Recertification Training Manual |
| 3 | Approved Method for Operating the Alco-Sensor FST |
| 4 | Preliminary Autopsy Report |
| 5 | Final Autopsy Report |
| 6 | Barnes County Ambulance Records |
| 7 | 2017 NDDOCR Inspection Report - BCCF (inspection date 12-6-17) |
| 8 | 2018 NDDOCR Inspection Report - BCCF (inspection date 11-6-18) |
| 9 | NDDOCR Order of Reclassification (12-12-18) |
| 10 | CHI Mercy Health Billing Records (service date 7-15-18) |
| 11 | CHI Mercy Health Billing Records (service date 4-17-18) |
| 12 | CHI Mercy Health Billing Records (services date 7-15-14) |
| 13 | Sanford Billing Records |
| 14 | VCPD and City of Valley City policies, manuals, etc. |
| 15 | VCPD Employment File (Olson) |
| 16 | VCPD Employment File (Hannig) |
| 17 | VCPD Compliance Techniques Report (Hannig) |
| 18 | VCPD Compliance Techniques (Olson) |
| 19 | Open Records Request to VCPD - by Chuck Anderson Investigations |
| 20 | VCPD Calls for Service and Citations (speeding 1-18-18 ) |
| 21 | VCPD Calls for Service and Citations (speeding 8-12-09) |
| 22 | VCPD Calls for Service and Case Report (7-15-18) |
| 23 | Report and Notice (7-15-18) |
| 24 | Complaint and Summons (7-15-18) |
| 25 | Training Records (Olson and Hannig) |
| 26 | Handwritten notes re: UND Forensic Office and video |
| 27 | VCPD Calls for Service and Case Report (DUI, Care Required 1-24-18) |
| 28 | Kendall Bjerke witness statement (1-24-18) |
| 29 | Michael Bjerke witness statement (1-24-18) |

| | |
|---|---|
| 30 | Report and Notice (1-24-18) |
| 31 | VCPD Vehicle Impoundment and Inventory Records (1-24-18) |
| 32 | Intoxilyzer Test Record and Checklist (1-24-18) |
| 33 | ND Motor Vehicle Crash Report (1-24-18) |
| 34 | Criminal Judgment (2-13-18) |
| 35 | Amended Complaint (2-13-18) |
| 36 | Criminal Judgment (2-13-18) |
| 37 | Letter from Attorney Trader to Court, Notice of Appearance, Affidavit of Service (2-2-18) |
| 38 | Guilty Plea - not guilty (1-30-18) |
| 39 | Notification of Rights and Acknowledgment (1-30-18) |
| 40 | Summons - DUI and Care Required (1-24-18) |
| 41 | State's Attorney's Office Report Decline (Olson, et al.) |
| 42 | State's Attorney's Office Amended Report Decline (Olson, et al.) |
| 43 | Letters Testamentary |
| 44 | DOCR Inspection Report - 2005 |
| 45 | DOCR Memo re: BCCF Certification and/or needed changes - following 2005 annual inspection |
| 46 | DOCR Inspection Report and Memo re: BCCF Compliance - 2006 |
| 47 | DOCR Memo re: BCCF Certification and/or needed changes - following 2006 annual inspection |
| 48 | Certificate of Compliance - 2006 |
| 49 | DOCR Memo re: BCCF compliance with 12-44.1 following 2007 annual inspection |
| 50 | Certificate of Compliance - 2008 |
| 51 | DOCR Inspection Report - 2009 |
| 52 | DOCR Memo re: BCCF compliance with 12-44.1 following 2009 annual inspection |
| 53 | Certificate of Compliance 2009 |
| 54 | DOCR Inspection Report - 2010 |
| 55 | DOCR Memo re: BCCF compliance with 12-44.1 following 2010 annual inspection |
| 56 | Certificate of Compliance - 2010 |
| 57 | DOCR Memo re: BCCF compliance with 12-44.1 following 2011 annual inspection |
| 58 | Certificate of Compliance 2011 |
| 59 | Certificate of Compliance 2012 |
| 60 | DOCR Memo re: BCCF compliance with 12-44.1 following 2013 annual inspection |
| 61 | Certificate of Compliance 2013 |
| 62 | DOCR Inspection Report - 2014 |
| 63 | DOCR Memo re: BCCF certification following 2014 annual inspection |
| 64 | Certificate of Compliance - 2013 |
| 65 | DOCR Inspection Report - 2015 |

| 66 | Certificate of Compliance - 2014 |
|---|---|
| 67 | DOCR Inspection Report 2016 |
| 68 | DOCR Memo re: BCCF Inspection - 2016 |
| 69 | Certificate of Compliance - 2015 |
| 70 | DOCR Inspection Report - 2017 |
| 71 | DOCR Order of Reclassification, Partial and Temporary Closure, and Suspending Order of Temporary Closure (12-18-17) |
| 72 | DOCR Inspection Report Summary 2018 |
| 73 | DOCR Order of Reclassification (12-12-18) |
| 74 | Barnes County Sheriff's Office Policy Manual - 2015 |
| 75 | BCCF Policies and Procedures Ch. 4.01 - Health Screens |
| 76 | BCCF Policies and Procedures Ch. 4.02 - Pre Admission |
| 77 | BCCF Policies and Procedures Ch. 4.03 - Admission |
| 78 | BCCF Policies and Procedures Ch. 5.02 - Inmate Observation |
| 79 | BCCF Policies and Procedures Ch. 5.03 - Inmate Counts |
| 80 | BCCF Policies and Procedures Ch. 5.08 - Use of Force |
| 81 | BCCF Policies and Procedures Ch. 6.01 - Inmates with Disabilities |
| 82 | BCCF Policies and Procedures Ch. 6.03 - Health Authority |
| 83 | BCCF Policies and Procedures Ch. 6.04 - Access to Care |
| 84 | BCCF Policies and Procedures Ch. 6.07 - Health Appraisal |
| 85 | BCCF Policies and Procedures Ch. 6.08 - Health Care Orders |
| 86 | Significant Incident Reporting |
| 87 | VCPD - Citizen Complaints |
| 88 | Email from Miranda Grafing (8-15-18) |
| 89 | BCI Offense Report 8-31-18 (redacted) |
| 90 | Exhibit B (to report 1) - Email to Valley City Attorney Schoenack |
| 91 | Exhibit D (to report 1) - Christopher Olson's Statement |
| 92 | Exhibit G (to report 1) - Screenshots off Facebook |
| 93 | BCI Supplemental Report 9-4-18 (redacted) |
| 94 | BCI Supplemental Report 9-6-18 (redacted) |
| 95 | BCI Supplemental Report 10-16-18 (redacted) |
| 96 | BCI Offense Report 11-8-19 (redacted) |
| 97 | Booking Report 7-15-18 (redacted) |
| 98 | Booking Report 7-15-18 |
| 99 | Call for Service - Incident 201800000652 |
| 100 | Call for Service – Incident 201800000654 |
| 101 | Call for Service - Incident 201800005267 |
| 102 | Call for Service - Incident 201800005276 |

| 103 | Inmate Activity Log for Warren Lindvold |
| --- | --- |
| 104 | Jail Computer Log (July 14-16, 2018) |
| 105 | July Work Schedule for BCCF |
| 106 | Deggy Report |
| 107 | Supplementary Report by Jenna Jochim |
| 108 | Arresting Officer's Report by Christopher Olson |
| 109 | Handwritten notes by Jesse Burchill |
| 110 | BCCF Release Report |
| 111 | Report by Richard Chase |
| 112 | Report by Bruce Potts |
| 113 | Report by Jenna Jochim |
| 114 | Supplemental Report by Christopher Olson |
| 115 | Memo - Death of Warren Lindvold administrative review by NDDOCR |
| 116 | Materials Received from NDDOCR |
| 117 | Call for Service - Incident 201800000652 |
| 118 | Call for Service - Incident 201800005276 |
| 119 | Call for Service - Incident 201800005267 |
| 120 | Call for Service - Incident 201800000654 |
| 121 | Dispatch Recording 01-07-15-2018_12.45.36.2a_-_2009_-_B_VCPD_(Voice) |
| 122 | Dispatch Recording 02-07-15-2018_12.50.03.5a_-_2009_-_B_VCPD_(Voice) |
| 123 | Dispatch Recording - 03-07-15-2018_01.01.26.9a_-_2009_-_B_VCPD_(Voice) |
| 124 | Dispatch Recording 04-07-15-2018_01.07.25.1a_-_2009_-_B_VCPD_(Voice) |
| 125 | Dispatch Recording 05-07-15-2018_01.09.55.4a_-_2009_-_B_VCPD_(Voice) |
| 126 | Dispatch Recording 06-07-15-2018_01.21.38.4a_-_2009_-_B_VCPD_(Voice) |
| 127 | Dispatch Recording 07-07-15-2018_01.23.07.4a_-_2009_-_B_VCPD_(Voice) |
| 128 | Dispatch Recording 08-07-15-2018_01.41.11.0a_-_2009_-_B_VCPD_(Voice) |
| 129 | Dispatch Recording 09-07-15-2018_01.44.09.8a_-_2009_-_B_VCPD_(Voice) |
| 130 | Dispatch Recording 10-07-15-2018_01.46.28.8a_-_2009_-_B_VCPD_(Voice) |
| 131 | Dispatch Recording 11-07-15-2018_02.03.29.4a_-_2009_-_B_VCPD_(Voice) |
| 132 | Dispatch Recording 12-07-15-2018_02.06.27.8a_-_2009_-_B_VCPD_(Voice) |
| 133 | Dispatch Recording 13-07-15-2018_02.15.06.3a_-_2003_-_B_8600_(Voice) |
| 134 | Dispatch Recording 14-07-15-2018_02.15.18.1a_-_2001_-_B_position1_(Voice) |
| 135 | Dispatch Recording 15-07-15-2018_02.16.47.2a_-_2009_-_B_VCPD_(Voice) |
| 136 | Dispatch Recording 16-07-15-2018_02.59.54.7a_-_2009_-_B_VCPD_(Voice) |
| 137 | Dispatch Recording 17-07-15-2018_03.02.15.5a_-_2009_-_B_VCPD_(Voice) |
| 138 | Dispatch Recording -07-15-2018_08.06.19.6a_-_2003_-_B_8600_(Voice) |
| 139 | Dispatch Recording 19-07-15-2018_08.08.33.5a_-_2009_-_B_VCPD_(Voice) |
| 140 | Barnes County Sheriff's Policy Manual - Chapter 3-Page 35-45 |

| | |
|---|---|
| 141 | Christopher Olson BCI Interview on 09-05-18 |
| 142 | Jenna Jochim BCI Interview on 8-23-18 |
| 143 | Jesse Burchill BCI Interview on 09-05-2018 |
| 144 | Kayla Coleman BCI Interview on 09-04-18 |
| 145 | Dr. Sheryl Sahr BCI Interview on 09-24-18 |
| 146 | Wade Hannig BCI Interview on 08-22-18 |
| 147 | Timeline on Warren Lindvold (Email from Barnes County Sheriff's Office 8-13-18) |
| 148 | Letter from Barnes County State's Attorney - response to records request (8-10-18) |
| 149 | Letter from Attorney Gaustad - response to open records request (10-5-18) |
| 150 | Letter from Attorney Gaustad - response to open records request (10-23-18) |
| 151 | Letter from Attorney Gaustad - response to open records request (11-2-18) |
| 152 | Letter from Attorney Gaustad - response to open records request (12-18-18) |
| 153 | Email from Desiree Williams (7-20-18) |
| 154 | Oliver-Nathan Chapel Funeral Purchase Contract |

The above materials have been copied on to a flash drive for each firm representing the Defendants in this matter. In addition to the above materials Plaintiff has obtained medical records from Sanford and CHI Mercy Health. However, these materials have not been included in the Plaintiff's disclosures as all parties have agreed that Pearson Christensen, PLLP will obtain Warren Lindvold's medical records and provide each party with a set of said records. Specifically, the Authorization for Use and Disclosure of Information signed by Plaintiff includes the following materials: Barnes County Ambulance Records; CHI Mercy Health Medical Records; Sanford Health Medical Records; and CHI Mercy Health Security Camera Footage.

Plaintiff's counsel has received videos related to this matter. With the exception of the "CHI Mercy Health Security Footage" listed above, Plaintiff's counsel has the following videos:

1. Video received from Attorney Gaustad – "Warren Lindvold PD to Barnes Co. Jail"
2. Video received from Attorney Gaustad – "Warren Linvold Mercy to Barnes Co. Jail Part 1"
3. Video received from Attorney Gaustad – "Warren Lindvold Mercy to Barnes Co. Jail Part 2"
4. Video footage from cameras at the BCCF – "Jail Events Video"
5. Video of traffic stop – "Squad Video"
6. Video of garage at the Valley City Police Department – "Garage Video"

Plaintiff's counsel has received various materials from Plaintiff's private investigator. With the exception of number 19 above, these materials are considered attorney work product and will not be disclosed at this time.

26(a)(1)(A)(iii): Provide a computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, or which computation is based, including materials bearing on the nature and extent of injuries suffered.

Plaintiff has not completed an absolute computation of damages; however the following documents listed above relate to damages: CHI Mercy Health Billing Records; Sanford Billing Records; and Oliver-Nathan Chapel Funeral Purchase Contract.

Plaintiff has not completed a computation of general damages in this matter because general damages are not capable of mathematical computation.

Plaintiff makes these disclosures based on information reasonably available at this time, and will supplement these disclosures when appropriate.

Dated: September 16, 2019                                  Dated: September 16, 2019

/S/ Alan Baker_____                           /S/ Rachel M. Gehrig_____
Alan Baker (ND ID #04122)                                  Cash H. Aaland (ND ID 04686)
Attorney for Plaintiff                                     Rachel M. Gehrig (ND ID 06869)
Southwood Plaza, Ste., 202                                 Attorneys for Plaintiff
1336 25th Ave. S.                                          Aaland Law Office, Ltd
Fargo, ND 58103                                            415 11th St. S.; P.O. Box 1817
Telephone: 701-630-1846                                    Fargo, ND 58107-1817
al@elawpros.com                                            Telephone: 701-232-7944
*Attorney for Plaintiff*                                   officemanager@aalandlaw.com
                                                           *Attorneys for Plaintiff*