IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF NORTH
DAKOTA EASTERN DIVISION

| | |
|---|---|
| LuAnne Janssen, as Personal Representative of the Estate of Warren S. Lindvold,<br><br>        Plaintiff,<br><br>-vs-<br><br>City of Valley City,<br>Christopher Olson,<br>Wade Hannig,<br>Barnes County,<br>Barnes County Sheriff Randy McClaflin,<br>Julie Forsman,<br>Jenna Jochim,<br>Richard Chase,<br>Bruce Potts,<br>Jesse Burchill,<br>Barnes County Ambulance, Inc.,<br>National Medical Resources, Inc.,<br>Mercy Hospital of Valley City d/b/a CHI Mercy Health,<br><br>        Defendants. | Civil No. 3:19-cv-79<br><br>**PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANT CITY OF VALLEY CITY, CHRISTOPHER OLSON, & WADE HANNIG'S INTERROGATORIES TO PLAINTIFF (SET I)** |

For her Supplemental Answers to defendants' interrogatories Plaintiff LuAnne Janssen deposes and states:

## INTERROGATORIES

**INTERROGATORY NO. 10:** Describe in detail, all the damages, losses, and expenses (including economic and non-economic damages alleged in the Amended Complaint) you are seeking against each of the City Defendants, including the factual basis underlying such alleged damages, losses, and expenses, how you calculated such damages, losses, and expenses, and the nature of said damages, losses, property, and expenses, and describe in detail and not in summary fashion each and

1

every invoice, bill, order, change order, memorandum, check, authorization for payment, or other document of any kind whether written or electronic which you claim supports your claim for damage, losses, and expenses.

**ANSWER TO INTERROGATORY NO. 10:** See Plaintiff's Rule 26 Disclosures concerning economic damages including medical expenses and funeral expenses.

OBJECTION. This question is beyond the scope of allowable discovery. The question requires disclosure of trial preparation material and attorney work product protected by Rule 26(b)(3) of the Federal Rules of Civil Procedure and would necessarily require disclosure of the mental impressions, conclusions, opinions and legal theories of plaintiff's attorneys. Disclosure of the requested information necessarily requires disclosure of legal counsel's work product consisting of the information they have assembled including their case strategies that they have pursued or adopted as derived from interviews, statements, memoranda, correspondence, briefs, legal and factual research, personal beliefs, and other tangible or intangible means. Noneconomic damages are damages arising from pain, suffering, inconvenience, physical impairment, disfigurement, mental anguish, emotional distress, fear of injury, loss or illness, loss of society and companionship, loss of consortium, injury to reputation, humiliation, and other nonpecuniary damage. The determination of damages for pain and suffering and comparable losses is not susceptible of an arithmetical calculation. Its ascertainment must, to a large degree, depend upon the common knowledge, good sense, and practical judgment" of the fact finder. *Albrecht v. Metro Area Ambulance,* 2001 ND 61, ¶ 12; *Dahlen v. Landis,* 314 N.W.2d 63, 68 (N.D.1981). *See also Reisenauer v. Schaefer* 515 N.W.2d 152, 157 (N.D.1994).

2

<u>SUPPLEMENTAL ANSWER</u>: Without waiving the above objection Plaintiff provides the following information. Plaintiff is seeking the following economic damages:

1. Funeral expenses in the amount of $12,674.00. The documentation of the funeral expenses has previously been disclosed in Plaintiff's Rule 26 disclosures at Plaintiff's Rule 26 Disclosures 03691 "Oliver-Nathan Chapel Funeral Purchase Contract."

2. Medical Expenses in the amount of $252,338.87 for medical care received by Warren Lindvold from July 15, 2018 through July 21, 2018. Medical care was provided by the following providers:

| | |
|---|---|
| Barnes County Ambulance: | $4368.07 |
| Mercy Hospital: | $9,508.73 |
| Sandford Health: | $238,462.07 |

The chart that follows breaks down the individual charges by date and provider and also shows what was paid by Medicare and BCBS for each charge along with reference to the pages of either Plaintiff's Disclosures or Warren Lindvold's medical records which were previously disclosed to all defendants.

| Date | Provider/Procedure code | Charge | Medicare paid (negotiated reduction) | BCBS paid (negotiated Reduction) | disclosure doc # P=Plaintiff's M=MED |
|---|---|---|---|---|---|
| 7-15 | Durrani/93291** | 693.00 | 172.87 | | P5308, P P3875 |
| 7-15 | Durrani/99292** | 310.00 | 86.59 | | P5308, P3875 |
| | Total | 1003.00 | | 66.19 | P3696 |
| 7-15 | Kassim/93919** | 30.00 | 6.64 | 1.69 | P 5309, P3696, P3875 |
| 7-15 | Habli/36620** | 142.00 | 34.80 | 8.88 | P5310, P3696, P3876 |
| 7-15 | Erenberg/00670 | 3822.00 | 596.96 (3072.76) | 152.28 | P5311, P3696, P3876, M2082 |
| 7-15 | Huska (Hus)/99291** | 693.00 | 172.87 | 44.10 | P5312, P3696, P3876 |
| 7-15 | Potter/63081** | 915.80 | 182.10 | | P5313, P3876 |
| 7-15 | Potter/22843** | 427.80 | 84.69 | | P5313, P3876 |
| 7-15 | Potter/63015** | 774.60 | 76.19 | | P5313, P3876 |
| 7-15 | Potter/22845** | 429.20 | 75.38 | | P5313, P3876 |
| 7-15 | Potter/22600** | 671.00 | 66.82 | | P5313, P3876 |
| 7-15 | Potter/22554** | 652.60 | 65.12 | | P5313, P3876 |
| 7-15 | Potter/22614** | 1231.20 | 243.10 | | P5314, P3876 |
| 7-15 | Potter/22585** | 177.20 | 34.08 | | P5314, P3876 |
| 7-15 | Potter/22854** | 177.00 | 33.89 | | P5314, P3877 |
| | Potter total | 5456.40 | | 219.74 | P5314, P3696 |
| 7-15 | Rey/72141 | 219.00 | 58.66 (145.37) | 14.97 | P5315, P3696, P3877, M2062 |
| 7-15 | Peters/72131 | 276.00 | 37.37 | | P5316, P3878 |
| 7-15 | Peters/72125 | 276.00 | 41.87 | | P5316, P3878 |
| 7-15 | Peters/70450 | 232.00 | 31.62 | | P5316, P3878 |
| 7-15 | Peters/72128 | 295.00 | 37.37 | | P5316, P3878 |
| | Peters total | 1079.00 | | 37.81 | P5316, P3696 |
| 7-15 | Jackson/63081** | 4579.00 | 1338.95 | | P5317, P3877 |
| 7-15 | Jackson/22843** | 2139.00 | 622.67 | | P5317, P3877 |
| 7-15 | Jackson/63015** | 3873.00 | 560.19 | | P5317, P3877 |
| 7-15 | Jackson/22845** | 2146.00 | 554.28 | | P5317, P3877 |
| 7-15 | Jackson/22600** | 3355.00 | 491.29 | | P5317, P3877 |
| 7-15 | Jackson/22554** | 3263.00 | 478.81 | | P5317, P3877 |
| 7-15 | Jackson/22614** | 6156.00 | 1787.57 | | P5318, P3877 |
| 7-15 | Jackson/22585** | 886.00 | 250.65 | | P5318, P3877 |
| 7-15 | Jackson/22854** | 885.00 | 249.14 | | P5318 |
| 7-16 | Jackson/99024 | 0 | | | |
| | Jackson total | 27579.00 | | 1638.86 | P3696 |
| 7-15 | Jackson/99284** | 297.00 | 90.72 | | P3877 |
| 7-15 | Michelle Mora(MIC)/95939 | 3053.00 | 104.70 | | P5319, P3878 |
| 7-15 | Michelle Mora(MIC)/95938 | 1843.00 | 40.38 | | P5319, P3878 |
| 7-15 | Michelle Mora(MIC)/95937 | 550.00 | 30.08 | | P5319, P3878 |
| 7-15 | Michelle Mora(MIC)/G0453 | 1584.00 | 112.43 | | P5319, P3878 |
| 7-15 | total | 7030.00 | | 73.36 | P5319, P3696 |
| 7-15 | Barnes Ambulance/A0429 | 1019.98 | 355.99 | | P5320, P3878, P3878 |
| 7-15 | Barnes Ambulance/A0425 | 9.10 | 3.51 | | P5320, P3878 |
| | Total | 1029.08 | | 91.70 | P3696 |

4

| Date | Provider/Code | Charge | Adjustment | Payment | Reference |
|---|---|---|---|---|---|
| 7-15 | Barnes Ambulance /A0429 | 1019.98 | 355.99 | | P5321, P3878 |
| 7-15 | Barnes Ambulance /A0425 | 11.38 | 4.38 | | P5321, P3878 |
| | Total | 1031.36 | | 91.93 | P3696 |
| 7-15 | Barnes Ambulance /A0429 | 1019.98 | | | P5322 |
| 7-15 | Barnes Ambulance /A0425 | 1287.65 | 380.30 | | P5322, P3878 |
| | Total | 2307.63 | | 97.02 | P3696 |
| 7-15 | Mercy Hospital | 9508.73 | 3237.79 | 1578.09 | P5323, P5324, P3696, P3875 |
| 7-15 to 7-16 | Sanford Hospital | 188254.68 | 45544.38 (141370.29) | 1340.00 | P5325, P5326, P3696, P3875, M2102 - 2108 |
| 7-16 | NG/71045 | 23.00 | 7.20 | 1.84 | P5327, P3697, P3880 |
| 7-16 | Rey/72040 | 47.00 | 8.90 | 2.27 | P5328, P3697, P3880 |
| | Total | 70.00 | (49.79) | | M2060 |
| 7-16 | Arif Shaik(Ari)/99291** | 693.00 | | | P5330 |
| 7-16 | Arif Shaik(Ari)/36556** | 594.00 | | | P5330 |
| | Total | 1287.00 | | 63.74 | P3697 |
| 7-16 | Swenson/70450 | 154.00 | | 8.55 | P5329, P3697 |
| 7-16 | Swenson/74177 | 233.00 | 72.08 | | P5331, P3879 |
| 7-16 | Swenson/71260 | 166.00 | | | P5331 |
| | Total | 553.00 | 150.51 (250.04) | 30.28 | P3697, M2097 |
| 7-16 | Sahr/99291** | 257.00 | 78.54 | | P3878 |
| 7-17 | Sahs/99291** | 693.00 | 172.87 | | P3878 |
| 7-17 | Weilke/71045 | 23.00 | 7.20 (13.96) | 1.84 | P5332, P3697, M2074 |
| 7-17 | Rey/76775 | 76.00 | 22.76 (47.44) | 5.80 | P5333, P3697, M2099 |
| 7-18 | ?/99291** | 693.00 | | | |
| 7-18 | Albrecht/93970 | 89.00 | 28.88 (55.26) | 6.86 | P5334, P3697, M2078 |
| 7-18 | Weilke/71045 | 23.00 | 7.20 (13.96) | 1.84 | P5335, P3697, M2088 |
| 7-19 | Man/93010 | 30.00 | | 1.69 | P5336, P3697 |
| 7-19 | Sahr/99291** | 693.00 | 172.87 | 44.10 | P5337, P3697, P3880 |
| 7-19 | CAT/71045 | 23.00 | | | P5338 |
| 7-19 | CAT/71045 | 23.00 | | | P5338 |
| | Total | 46.00 | 14.40 (27.92) | 3.68 | P3697, M2085 |
| 7-20 | Sahr/99233** | 264.00 | 81.44 | 20.78 | P5339, P3880 |
| | Total all | 252,338.87 | 59,499.96 | 5649.89 | P3696-3697, P3875-3880 |
| ** | These charges are itemized on a single Sanford Health Statement at MED 2095 - 2096 | 38820.40 | 8694.51 (27907.89) | 2218.00 | MED 2095 - 2096 |

5

**The following documents have been used to determine and support the claim for economic damages:**

- **CHI Mercy Health Billing records (Plaintiff's Rule 26 Disclosures 00165 – 00166) showing Mercy Hospital Charges for July 15, 2018 and Medicare payments and adjustments.**

- **Sanford Billing Records (Plaintiff's Rule 26 Disclosures 00169 – 00193) showing Sanford Hospital Charges for July 15, 2018 and Medicare payments and adjustments.**

- **Oliver-Nathan Chapel Funeral Purchase Contract (Plaintiff's Rule 26 Disclosures 03691)**

- **BCBS medical payments made (Plaintiff's Rule 26 Disclosures 03695 – 03697) Medicare Conditional Payment Letter (Plaintiff's Rule 26 Disclosures 03870 – 03880)**

- **Mercy Health billing records MED1705 – MED1706**

- **Sanford Health billing records MED2060 – MED2119**

**INTERROGATORY NO. 12**: As a result of the injuries alleged in your Amended Complaint to have been suffered, list the name and address of every person or institution which has provided goods or services resulting in expense to you or Warren Lindvold (whether paid directly by you or Warren Lindvold or on your behalf or Warren Lindvold's behalf), whether it be for medical supplies, hospital, medical, chiropractic or rehabilitation services, or any other type of goods or services provided to you or Warren Lindvold or for your or Warren Lindvold's benefit; and, for each, indicate the approximate date or dates on which the goods, services or supplies were provided, the amount charged by the provider, the amount which has been paid, and if payment

has been made by someone other than yourself, the identity of the person or institution which has made payment.

**ANSWER TO INTERROGATORY NO. 12:** See Plaintiff's Rule 26 Disclosures.

**SUPPLEMENTAL ANSWER: Without waiving the above objection Plaintiff provides the following information. All the requested information is contained in the Supplemental Answer to Interrogatory No. 10.**

I declare, certify and state under penalty of perjury that the foregoing is true and correct. (As provided by 28 U.S. Code § 1746).

Executed on this ___4th___ day of September, 2020.

_____
LuAnne Janssen
Personal Representative for the Estate of Warren S. Lindvold

AS TO FORM AND OBJECTIONS ONLY:

Dated:  September 4, 2020                                          Dated:  September 4, 2020


*/s/ Alan Baker*                                                                */s/ Rachel M. Gehrig*
Alan Baker (ND ID 04122)                                       Rachel M. Gehrig (ND ID 06968)
Southwood Plaza, Ste. 202                                      Cash H. Aaland (ND ID 04686)
1336 25th Ave. S.                                                      Aaland Law Office
Fargo, ND 58103                                                          415 11th St. S.
701-630-1846                                                                 Fargo, ND 58103
al@elawpros.com                                                        701-232-7944
*Attorney for Plaintiff*                                                officemanager@aalandlaw.com
                                                                                       *Attorneys for Plaintiff*

8