IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| LuAnne Janssen, as Personal Representative of the Estate of Warren S. Lindvold,<br><br>    Plaintiff,<br> -vs-<br><br>City of Valley City,<br>Christopher Olson,<br>Wade Hannig,<br>Barnes County,<br>Barnes County Sheriff Randy McClaflin,<br>Jenna Jochim,<br>Julie Forsman<br>Richard Chase,<br>Bruce Potts,<br>Jesse Burchill,<br>Barnes County Ambulance, Inc.,<br>National Medical Resources, Inc.,<br>Mercy Hospital of Valley City d/b/a CHI Mercy Health,<br><br>    Defendants. | Civil No. 3:19-cv-79<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**[¶1]** **WHEREAS** the parties are mutually desirous of having the Court enter an order dismissing, in total, on the merits and with prejudice any and all claims and causes of action set forth in Plaintiff's complaint and amended complaint against Defendants City of Valley City, Christopher Olson and Wade Hannig (the "City Defendants") and Barnes County, Randy McClaflin, Jenna Jochim, Julie Forsman, Richard Chase, Bruce Potts, Jesse Burchill and Barnes County Ambulance, Inc. (the "County Defendants") and any and all other claims and/or causes of action which were, could have or were required to be asserted by Plaintiff, for herself, Warren S. Lindvold, the Estate of Warren S. Lindvold, and Warren Lindvold's heirs, devisees and successors in interest against the City Defendants and County Defendants. The parties shall be responsible for their own costs, disbursements and attorneys' fees incurred herein.

**[¶2]** **NOW, THEREFORE** it is hereby stipulated and agreed as follows:

The court shall enter an order and judgment dismissing, in total, on the merits and with prejudice, the claims and causes of action set forth in Plaintiff's complaint and amended complaint, against the City Defendants and County Defendants, and any and all other claims and/or causes of action which were, could have or were required to be asserted by Plaintiff, for herself, Warren S. Lindvold, the Estate of Warren S. Lindvold, and Warren S. Lindvold's heirs, devisees and successors in interest against the City Defendants and County Defendants, and ordering that each party be responsible for their own costs, disbursements and attorneys' fees incurred herein.

/s/ Alan Baker
Alan Baker (ND ID #04122)
Attorney for Plaintiff
Southwood Plaza, Ste., 202
1336 25th Ave. S.
Fargo, ND 58103
Telephone: 701-630-1846
al@elawpros.com
*Attorney for Plaintiff*
Dated: November 12, 2020

/s/ Cash H. Aaland
Cash H. Aaland (ND ID 04686)
Rachel M. Gehrig (ND ID 06869)
Aaland Law Office, Ltd
415 11th St. S.; P.O. Box 1817
Fargo, ND 58107-1817
Telephone: 701-232-7944
officemanager@aalandlaw.com
*Attorneys for Plaintiff*
Dated: November 12, 2020

/s/ Daniel L. Gaustad
Daniel L. Gaustad (ND ID #05282)
dan@grandforkslaw.com
Joseph E. Quinn (ND ID #06538)
jquinn@grandforkslaw.com
Ronald Fischer (ND ID #03707)
rfischer@grandforkslaw.com
Pearson Christensen, PLLP
PO Box 5758
Grand Forks ND 58206-5758
Telephone 701-775-0521
*Attorneys for Defendants: City of Valley City, Christopher Olson and Wade Hannig*
Dated: November 12, 2020

/s/ Scott K. Porsborg
Scott K. Porsborg (ND ID #04904)
sporsborg@smithporsborg.com
Brian D. Schmidt (ND ID #07489)
bschmidt@smithporsborg.com
Smith Porsborg Schweigert Armstrong Moldenhauer & Smith
PO Box 460
Bismarck, ND 58502-0460
Telephone 701-258-0630
*Attorneys for Defendants: Barnes County, Randy McClaflin, Jenna Jochim, Julie Forsman, Richard Chase, Bruce Potts, Jesse Burchill and Barnes County Ambulance, Inc.*
Dated: November 12, 2020